B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Genesis Engineering and Constructors Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**59-3678822** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1637 Metropolotian Blvd. A-2**<br>**Tallahassee, FL**                                     ZIP Code **32308** | Street Address of Joint Debtor (No. and Street, City, and State):                                     ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Leon** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                                     ZIP Code | Mailing Address of Joint Debtor (if different from street address):                                     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                            Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Genesis Engineering and Constructors Corp.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____<br>   Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

           _____
           (Name of landlord that obtained judgment)

           _____
           (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Genesis Engineering and Constructors Corp.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Thomas B. Woodward**
Signature of Attorney for Debtor(s)

**Thomas B. Woodward 0185506**
Printed Name of Attorney for Debtor(s)

**Thomas B. Woodward**
Firm Name

**Attorney at Law
P.O. Box 10058
Tallahassee, FL 32302**
Address

**850-222-4818  Fax: 850-561-3456**
Telephone Number

**January  6, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Edward Freeman**
Signature of Authorized Individual

**Edward Freeman**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January  6, 2010**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re **Genesis Engineering and Constructors Corp.**                ,            Case No. _____
                                    Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Edward** | | |
| **Edward Freeman** <br> **Northern District of Florida** | **10-40005-LMK** <br> **President** | **01/05/10** <br> **LMK** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re   **Genesis Engineering and Constructors Corp.**               Case No.
                                    Debtor(s)                         Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Ace Electric**<br>6728 Lodi Ct.<br>Tallahassee, FL 32317 | **Ace Electric**<br>6728 Lodi Ct.<br>Tallahassee, FL 32317 | trade debt | | **2,696.50** |
| **Allied Doors, Inc.**<br>3600-B Weems Rd.<br>Tallahassee, FL 32317 | **Allied Doors, Inc.**<br>3600-B Weems Rd.<br>Tallahassee, FL 32317 | trade debt | | **3,225.00** |
| **American Express**<br>P.O. Box 105278<br>Atlanta, GA 30348-5278 | **American Express**<br>P.O. Box 105278<br>Atlanta, GA 30348-5278 | credit card/trade debt | | **13,579.82** |
| **Beneficial Member HSBC Group**<br>U.S. Consumer Finance<br>P.O. Box 8873<br>Virginia Beach, VA 25450-8873 | **Beneficial Member HSBC Group**<br>U.S. Consumer Finance<br>P.O. Box 8873<br>Virginia Beach, VA 25450-8873 | credit card/trade debt | | **35,047.46** |
| **C. Edwin Rude, Jr.**<br>211 E. Call Street<br>Tallahassee, FL 32301 | **C. Edwin Rude, Jr.**<br>211 E. Call Street<br>Tallahassee, FL 32301 | legal fees | | **7,200.00** |
| **Capital City Bank**<br>PO Box 900<br>Tallahassee, FL 32302 | **Capital City Bank**<br>PO Box 900<br>Tallahassee, FL 32302 | recievables | | **20,000.00**<br><br>**(0.00 secured)** |
| **Capital City Design Center, Inc.**<br>3680 Weems Rd.<br>Tallahassee, FL 32317 | **Capital City Design Center, Inc.**<br>3680 Weems Rd.<br>Tallahassee, FL 32317 | trade debt | | **19,221.37** |
| **Flint Equipment Co.**<br>P O Box 3329<br>Albany, GA 31706 | **Flint Equipment Co.**<br>P O Box 3329<br>Albany, GA 31706 | trade debt | | **13,843.22** |
| **Folson Inc.**<br>P.O. Box 10467<br>Tallahassee, FL 32302 | **Folson Inc.**<br>P.O. Box 10467<br>Tallahassee, FL 32302 | trade debt | | **5,427.13** |
| **GMAC**<br>P.O. Box 9001948<br>Louisville, KY 40290-1948 | **GMAC**<br>P.O. Box 9001948<br>Louisville, KY 40290-1948 | credit card/trade debt | | **17,271.53** |
| **Grubbs Petrolum**<br>735 East Peral Street<br>Monticello, FL 32344 | **Grubbs Petrolum**<br>735 East Peral Street<br>Monticello, FL 32344 | trade debt | | **2,998.67** |

B4 (Official Form 4) (12/07) - Cont.

In re **Genesis Engineering and Constructors Corp.**      Case No.

                                       Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| John Black Attorney at Law<br>2155 Delta Blvd. Ste. 210<br>Tallahassee, FL 32303 | John Black Attorney at Law<br>2155 Delta Blvd. Ste. 210<br>Tallahassee, FL 32303 | legal fees | | 10,000.00 |
| John Deere Credit<br>PO Box 650215<br>Dallas, TX 75265 | John Deere Credit<br>PO Box 650215<br>Dallas, TX 75265 | trade debt | | 7,095.54 |
| Just Rite Supply, Inc.<br>3790 Park Central Blvd.<br>Pompano Beach, FL 33064 | Just Rite Supply, Inc.<br>3790 Park Central Blvd.<br>Pompano Beach, FL 33064 | trade debt | | 9,756.63 |
| Meridian Surveying & Mapping<br>3360 Charlston Rd.<br>Tallahassee, FL 32309-9201 | Meridian Surveying & Mapping<br>3360 Charlston Rd.<br>Tallahassee, FL 32309-9201 | trade debt | | 2,209.00 |
| Mooney Container Services<br>P.O. Box 12399<br>Tallahassee, FL 32317 | Mooney Container Services<br>P.O. Box 12399<br>Tallahassee, FL 32317 | trade debt | | 2,553.80 |
| Nextel<br>P.O. Box 4181<br>Carol Stream, IL 60197-4181 | Nextel<br>P.O. Box 4181<br>Carol Stream, IL 60197-4181 | trade debt | | 2,255.65 |
| Waste Managment/Leon County<br>P.O. Box 9001054<br>Louisville, KY 40290-1054 | Waste Managment/Leon County<br>P.O. Box 9001054<br>Louisville, KY 40290-1054 | trade debt | | 5,721.15 |
| Whiddon Glass<br>1617 S. Monroe Street<br>Tallahassee, FL 32301 | Whiddon Glass<br>1617 S. Monroe Street<br>Tallahassee, FL 32301 | trade debt | | 2,492.00 |
| Wilcox Construction<br>Wilcox Holding, Inc.<br>267 John Knox Rd., Ste. 100<br>Tallahassee, FL 32303 | Wilcox Construction<br>Wilcox Holding, Inc.<br>267 John Knox Rd., Ste. 100<br>Tallahassee, FL 32303 | trade debt | | 37,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

         I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 6, 2010**          Signature **/s/ Edward Freeman**
                                                                         **Edward Freeman**
                                                                        **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B6D (Official Form 6D) (12/07)

In re **Genesis Engineering and Constructors Corp.**,  Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **unk** <br><br> **Capital City Bank** <br> **PO Box 900** <br> **Tallahassee, FL 32302** | | - | recievables <br><br><br> Value $   0.00 | | | | 20,000.00 | 20,000.00 |
| Account No. | | | <br> Value $ | | | | | |
| Account No. | | | <br> Value $ | | | | | |
| Account No. | | | <br> Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 20,000.00 | 20,000.00 |
| | | | Total <br> (Report on Summary of Schedules) | | | | 20,000.00 | 20,000.00 |

B6E (Official Form 6E) (12/07)

In re **Genesis Engineering and Constructors Corp.**, Case No. _____
                                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                                      **0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Genesis Engineering and Constructors Corp.**          ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unk**<br><br>**Ace Electric**<br>**6728 Lodi Ct.**<br>**Tallahassee, FL 32317** | - | | trade debt | | | | 2,696.50 |
| Account No. **unk**<br><br>**Allied Doors, Inc.**<br>**3600-B Weems Rd.**<br>**Tallahassee, FL 32317** | - | | trade debt | | | | 3,225.00 |
| Account No. **371326460221005**<br><br>**American Express**<br>**P.O. Box 105278**<br>**Atlanta, GA 30348-5278** | - | | credit card/trade debt | | | | 13,579.82 |
| Account No. **0041793228**<br><br>**Beneficial Member HSBC Group**<br>**U.S. Consumer Finance**<br>**P.O. Box 8873**<br>**Virginia Beach, VA 25450-8873** | - | | credit card/trade debt | | | | 35,047.46 |
| __7__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 54,548.78 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Genesis Engineering and Constructors Corp.**,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**C. Edwin Rude, Jr.**<br>**211 E. Call Street**<br>**Tallahassee, FL 32301** | | - | **legal fees** | | | | 7,200.00 |
| Account No. **unk**<br>**Capital City Design Center, Inc.**<br>**3680 Weems Rd.**<br>**Tallahassee, FL 32317** | | - | **trade debt** | | | | 19,221.37 |
| Account No. **7061591034373992**<br>**Chevron & Tesaco-GE Money Bank**<br>**Nationwide Credit, Inc.**<br>**P.O. Box 740640**<br>**Atlanta, GA 30374-0640** | | - | **credit card/trade debt** | | | | 1,327.08 |
| Account No. **unk**<br>**Chip Huggins Enterprises**<br>**1705 Benjamin Rd.**<br>**Tallahassee, FL 32317** | | - | **trade debt** | | | | 2,100.00 |
| Account No. **Ed Freeman**<br>**Eagle Eq. & Scaffolding**<br>**P.O. Box 10467**<br>**Tallahassee, FL 32302** | | - | **trade debt** | | | | 547.15 |

Sheet no. __1__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **30,395.60**

B6F (Official Form 6F) (12/07) - Cont.

In re **Genesis Engineering and Constructors Corp.** , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **TAL00374, REN544J002 RENCT3300**<br><br>**Flint Equipment Co.**<br>**P O Box 3329**<br>**Albany, GA 31706** | - | | trade debt | | | | 13,843.22 |
| Account No. **GE0085**<br><br>**Florida Pest Control**<br>**1705 Benjamin Chaires Rd.**<br>**Tallahassee, FL 32317** | - | | trade debt | | | | 1,439.42 |
| Account No. **unk**<br><br>**Folson Inc.**<br>**P.O. Box 10467**<br>**Tallahassee, FL 32302** | - | | trade debt | | | | 5,427.13 |
| Account No. **024906982584**<br><br>**GMAC**<br>**P.O. Box 9001948**<br>**Louisville, KY 40290-1948** | - | | credit card/trade debt | | | | 17,271.53 |
| Account No. **8680077181**<br><br>**Grainger Div of WW Grainger**<br>**3924 W. Pensacola Street**<br>**Tallahassee, FL 32304** | - | | trade debt | | | | 385.66 |

Sheet no. **2** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **38,366.96**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Genesis Engineering and Constructors Corp.**   ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **GENESIS** <br><br> **Grubbs Petrolum** <br> **735 East Peral Street** <br> **Monticello, FL 32344** | | - | **trade debt** | | | | 2,998.67 |
| Account No. **unk** <br><br> **Hartley Metal Building Inc.** <br> **P.O. Box 2334** <br> **Havana, FL 32333** | | - | **trade debt** | | | | 1,340.00 |
| Account No. **760** <br><br> **Howdy's Rent-A-Toilet** <br> **5565-A Crawfordville Rd.** <br> **Tallahassee, FL 32305** | | - | **trade debt** | | | | 166.69 |
| Account No. **7021271149057025** <br><br> **HSBC Bank & Best Buy Co., Inc.** <br> **Oxford Management Services** <br> **P.O. Box 1991** <br> **Southgate, MI 48195** | | - | **credit card/trade debt** | | | | 1,943.93 |
| Account No. <br><br> **John Black Attorney at Law** <br> **2155 Delta Blvd. Ste. 210** <br> **Tallahassee, FL 32303** | | - | **legal fees** | | | | 10,000.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **16,449.29**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Genesis Engineering and Constructors Corp.**            ,   Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **17593578822AA** <br><br> **John Deere Credit** <br> **PO Box 650215** <br> **Dallas, TX 75265** | - | | trade debt | | | | 7,095.54 |
| Account No. **51-genesisengi** <br><br> **Just Rite Supply, Inc.** <br> **3790 Park Central Blvd.** <br> **Pompano Beach, FL 33064** | - | | trade debt | | | | 9,756.63 |
| Account No. **unk** <br><br> **Kelly Brothers Sheet Metal** <br> **2423 Monday Rd.** <br> **Tallahassee, FL 32301** | - | | trade debt | | | | 1,899.18 |
| Account No. **17593578822AA** <br><br> **Meridian Surveying & Mapping** <br> **3360 Charlston Rd.** <br> **Tallahassee, FL 32309-9201** | - | | trade debt | | | | 2,209.00 |
| Account No. **29006** <br><br> **Mobile Attic Tallahassee** <br> **P.O. Box 1668** <br> **Dothan, AL 36302** | - | | trade debt | | | | 123.86 |

Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **21,084.21**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Genesis Engineering and Constructors Corp.**  ,   Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unk**<br><br>**Mooney Container Services**<br>**P.O. Box 12399**<br>**Tallahassee, FL 32317** | - | | **trade debt** | | | | 2,553.80 |
| Account No. **783568081**<br><br>**Nextel**<br>**P.O. Box 4181**<br>**Carol Stream, IL 60197-4181** | - | | **trade debt** | | | | 2,255.65 |
| Account No. **unk**<br><br>**Ox Lake Tree Farm**<br>**585 Lott Rd.**<br>**Monticello, FL 32344** | - | | **trade debt** | | | | 1,920.75 |
| Account No. **5990640**<br><br>**Pauls Pest Control**<br>**1225 commerce Blvd**<br>**Midway, FL 32343** | - | | **trade debt** | | | | 560.00 |
| Account No. **77150903658486926**<br><br>**Sams Club Warehouse & GE Money Bank**<br>**P.O. Box 530981**<br>**Atlanta, GA 30353-0981** | - | | **credit card/trade debt** | | | | 1,196.22 |

Sheet no. __5__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **8,486.42**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Genesis Engineering and Constructors Corp.**,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unk** <br><br> **Second Nature Lawn Care** <br> **7050 Duck Cove Rd.** <br> **Tallahassee, FL 32312** | | - | trade debt | | | | 160.00 |
| Account No. **unk** <br><br> **Seminole Blue Print** <br> **2915-1 East Park Ave** <br> **Tallahassee, FL 32301** | | - | trade debt | | | | 829.62 |
| Account No. **6035517819225482** <br><br> **Staples Credit Plan** <br> **P.O. Box 689020** <br> **Des Moines, IA 50368-9020** | | - | credit card/trade debt | | | | 1,382.29 |
| Account No. **unk** <br><br> **Talquin Portable Restroom** <br> **P.O. Box 559** <br> **Midway, FL 32343** | | - | trade debt | | | | 374.10 |
| Account No. **unk** <br><br> **U-Haul** <br> **2201 West Tennessee Street** <br> **Tallahassee, FL 32304** | | - | trade debt | | | | 355.99 |

Sheet no. **6** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **3,102.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Genesis Engineering and Constructors Corp.**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unk** <br><br>**Waste Managment/Leon County** <br>**P.O. Box 9001054** <br>**Louisville, KY 40290-1054** | - | | trade debt | | | | 5,721.15 |
| Account No. **992-0000-24** <br><br>**Westport Properties/Fort Knox** <br>**TCR 3025 W. Sahara Ave.** <br>**Las Vegas, NV 89102-6094** | - | | trade debt | | | | 428.02 |
| Account No. **unk** <br><br>**Whiddon Glass** <br>**1617 S. Monroe Street** <br>**Tallahassee, FL 32301** | - | | trade debt | | | | 2,492.00 |
| Account No. **unk** <br><br>**Wilcox Construction** <br>**Wilcox Holding, Inc.** <br>**267 John Knox Rd., Ste. 100** <br>**Tallahassee, FL 32303** | - | | trade debt | | | | 37,000.00 |
| Account No. | | | | | | | |

Sheet no. **7** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **45,641.17**

Total (Report on Summary of Schedules)    **218,074.43**

# United States Bankruptcy Court
### Northern District of Florida

In re  **Genesis Engineering and Constructors Corp.**            Case No.
                                   Debtor(s)                      Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January 6, 2010**          **/s/ Edward Freeman**
                                    **Edward Freeman**/**President**
                                    Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Thomas B. Woodward
Thomas B. Woodward
Attorney at Law
P.O. Box 10058
Tallahassee, FL 32302

Capital City Design Center, Inc.
3680 Weems Rd.
Tallahassee, FL 32317

Grubbs Petrolum
735 East Peral Street
Monticello, FL 32344

Genesis Engineering and Constructors Co
1637 Metropolotian Blvd. A-2
Tallahassee, FL 32308

Chevron & Tesaco-GE Money Bank
Nationwide Credit, Inc.
P.O. Box 740640
Atlanta, GA 30374-0640

Hartley Metal Building Inc.
P.O. Box 2334
Havana, FL 32333

Ace Electric
6728 Lodi Ct.
Tallahassee, FL 32317

Chip Huggins Enterprises
1705 Benjamin Rd.
Tallahassee, FL 32317

Howdy's Rent-A-Toilet
5565-A Crawfordville Rd.
Tallahassee, FL 32305

Allied Doors, Inc.
3600-B Weems Rd.
Tallahassee, FL 32317

Eagle Eq. & Scaffolding
P.O. Box 10467
Tallahassee, FL 32302

HSBC Bank & Best Buy Co., Inc.
Oxford Management Services
P.O. Box 1991
Southgate, MI 48195

American Express
P.O. Box 105278
Atlanta, GA 30348-5278

Flint Equipment Co.
P O Box 3329
Albany, GA 31706

John Black Attorney at Law
2155 Delta Blvd. Ste. 210
Tallahassee, FL 32303

Ausley & McMullen
P.O. Box 391
Tallahassee, FL 32302

Florida Pest Control
1705 Benjamin Chaires Rd.
Tallahassee, FL 32317

John Deere Credit
PO Box 650215
Dallas, TX 75265

Beneficial Member HSBC Group
U.S. Consumer Finance
P.O. Box 8873
Virginia Beach, VA 25450-8873

Folson Inc.
P.O. Box 10467
Tallahassee, FL 32302

Just Rite Supply, Inc.
3790 Park Central Blvd.
Pompano Beach, FL 33064

C. Edwin Rude, Jr.
211 E. Call Street
Tallahassee, FL 32301

GMAC
P.O. Box 9001948
Louisville, KY 40290-1948

Kelly Brothers Sheet Metal
2423 Monday Rd.
Tallahassee, FL 32301

Capital City Bank
PO Box 900
Tallahassee, FL 32302

Grainger Div of WW Grainger
3924 W. Pensacola Street
Tallahassee, FL 32304

M. Broughton Stokes
2438 Summerfield Rd.
Winter Park, FL 32792

Meridian Surveying & Mapping
3360 Charlston Rd.
Tallahassee, FL 32309-9201

Staples Credit Plan
P.O. Box 689020
Des Moines, IA 50368-9020

Mobile Attic Tallahassee
P.O. Box 1668
Dothan, AL 36302

Talquin Portable Restroom
P.O. Box 559
Midway, FL 32343

Mooney Container Services
P.O. Box 12399
Tallahassee, FL 32317

U-Haul
2201 West Tennessee Street
Tallahassee, FL 32304

Nextel
P.O. Box 4181
Carol Stream, IL 60197-4181

Waste Managment/Leon County
P.O. Box 9001054
Louisville, KY 40290-1054

Ox Lake Tree Farm
585 Lott Rd.
Monticello, FL 32344

Westport Properties/Fort Knox
TCR 3025 W. Sahara Ave.
Las Vegas, NV 89102-6094

Pauls Pest Control
1225 commerce Blvd
Midway, FL 32343

Whiddon Glass
1617 S. Monroe Street
Tallahassee, FL 32301

Sams Club Warehouse & GE Money Bank
P.O. Box 530981
Atlanta, GA 30353-0981

Wilcox Construction
Wilcox Holding, Inc.
267 John Knox Rd., Ste. 100
Tallahassee, FL 32303

Second Nature Lawn Care
7050 Duck Cove Rd.
Tallahassee, FL 32312

Seminole Blue Print
2915-1 East Park Ave
Tallahassee, FL 32301