B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Northern District of Florida

In re  Genesis Engineering and Construction    ,                    Case No.  10-40008-LMK
_____
*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  May 2010                              Date filed:  01/06/2010

Line of Business:  Construction and Constr. Management    NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

/s/ Edward Freeman
_____
Original Signature of Responsible Party

Edward Freeman
_____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor )*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☑ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14.  HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?   ☐ ☑

15.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?   ☐ ☑

16.  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?   ☐ ☑

17.  HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?   ☐ ☑

18.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?   ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 57,529.70 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | -719.60 |
| Cash on Hand at End of Month | $ | 11,255.68 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 11,255.68 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 46,248.27 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 57,529.70 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 46,248.27 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 11,281.43 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES**  $    172,692.26

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES**  $    72,251.11

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                                            1

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?                 1

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?                                                                                             $    0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?                                                                                       $    0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?                                                                           $    0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?                                                                            $    0.00

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 100,357.00 | $ 57,529.70 | $ 42,827.30 |
| EXPENSES | $ 86,802.00 | $ 46,248.27 | $ 40,553.73 |
| CASH PROFIT | $ 13,555.00 | $ 11,281.43 | $ 2,273.57 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 120,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 127,987.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ -7,987.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Genesis Engineering & Constructors Corp 2010
## Balance Sheet
### As of May 31, 2010

|  | May 31, 10 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Cash On Hand | 579.40 |
| Wachovia-COGI | 1,540.06 |
| Wachovia-Operating | 113.00 |
| Wachovia-Payroll | 8,962.94 |
| Wachovia-Tax | 60.28 |
| **Total Checking/Savings** | 11,255.68 |
| **Accounts Receivable** | |
| 11000 · Accounts Receivable | 72,251.11 |
| **Total Accounts Receivable** | 72,251.11 |
| **Total Current Assets** | 83,506.79 |
| **Fixed Assets** | |
| 15000 · Furniture and Equipment | |
| Laptop Computer | 1,800.00 |
| Office Equipment | 2,043.68 |
| Total 15000 · Furniture and Equipment | 3,843.68 |
| 15600 · Land | |
| Pecan Hills Subdivison Phase I | 1,400,000.00 |
| Total 15600 · Land | 1,400,000.00 |
| 16400 · Vehicles | 70,030.40 |
| **Total Fixed Assets** | 1,473,874.08 |
| **TOTAL ASSETS** | **1,557,380.87** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 172,692.26 |
| **Total Accounts Payable** | 172,692.26 |
| **Credit Cards** | |
| 21000 · Home Depot Credit Services | 4,700.35 |
| 21001 · Lowe's | 2,506.10 |
| 21002 · Sam's Club Business Credit Card | 1,196.22 |
| 21003 · Staples Credit Plan | 1,382.29 |
| **Total Credit Cards** | 9,784.96 |
| **Other Current Liabilities** | |
| Ace Electric | 6,677.64 |
| Capital City Bank | 29,429.97 |
| Edward Freeman | 2,050.00 |
| Flint Equipment | 20,556.46 |
| Grubbs Petroleum | 2,998.67 |
| North Florida Constrution | 27,500.00 |
| Waste Management | 6,079.42 |
| **Total Other Current Liabilities** | 95,292.16 |
| **Total Current Liabilities** | 277,769.38 |
| **Long Term Liabilities** | |
| General Motors | 14,233.47 |
| **Total Long Term Liabilities** | 14,233.47 |
| **Total Liabilities** | 292,002.85 |
| **Equity** | |
| 30000 · Opening Balance Equity | 1,360,017.05 |
| 30100 · Capital Stock | 1,000.00 |

EXHIBIT B

# Genesis Engineering & Constructors Corp 2010
## Balance Sheet
### As of May 31, 2010

|  | May 31, 10 |
|---|---|
| **31400 · Owner's Draws** | |
| **Owner's Contributions** | 2,912 65 |
| **31400 · Owner's Draws - Other** | -4,096 36 |
| **Total 31400 · Owner's Draws** | -1,183.71 |
| **32000 · Retained Earnings** | -152,416 61 |
| **Net Income** | 57,961 29 |
| **Total Equity** | 1,265,378.02 |
| **TOTAL LIABILITIES & EQUITY** | 1,557,380.87 |

# Genesis Engineering & Constructors Corp 2010
## Profit & Loss
### May 2010

|  | May 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 42600 · Construction Income | 54,841.70 |
| 49900 · Uncategorized Income | 2,688.00 |
| **Total Income** | 57,529.70 |
| **Cost of Goods Sold** | |
| 50100 · Blueprints and Reproduction | 615.33 |
| 50400 · Construction Materials Costs | 23,419.21 |
| 50800 · Equipment Rental for Jobs | 30.00 |
| 51900 · Other Construction Costs | 46.40 |
| 53600 · Subcontractors Expense | |
| Administration | 3,100.00 |
| 53600 · Subcontractors Expense - Other | 8,415.00 |
| Total 53600 · Subcontractors Expense | 11,515.00 |
| 53800 · Tools and Small Equipment | 19.30 |
| **Total COGS** | 35,645.24 |
| **Gross Profit** | 21,884.46 |
| **Expense** | |
| 60100 · Auto and Truck Expenses | 790.98 |
| 60400 · Bank Service Charges | 10.00 |
| 61000 · Business Licenses and Permits | 415.40 |
| 63300 · Insurance Expense | 622.36 |
| 63310 · General Liability Insurance | 920.22 |
| 64300 · Meals and Entertainment | 68.95 |
| 64900 · Office Supplies | 21.57 |
| 66000 · Payroll Expenses | 1,000.00 |
| 67200 · Repairs and Maintenance | 113.37 |
| 68200 · Dues & Subscription | 5.18 |
| 68300 · ' Fuel | 599.44 |
| 68400 · Travel Expense | 111.71 |
| 68800 · Taxes Other | 325.00 |
| 68900 · Contributions | 5,550.00 |
| **Total Expense** | 10,554.18 |
| **Net Ordinary Income** | 11,330.28 |
| **Net Income** | 11,330.28 |

EXHIBIT B

Genesis Engineering & Construction Corp 2010

**Check Detail**

May 2010

| | Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|------|-----|------|------|------|---------|-------------|-----------------|
| | Check | 87 | 05/02/2010 | Home Depot | | Cash On Hand | | -10.69 |
| | | | | | | 67200  Repairs and Maintenance | -10.69 | 10.69 |
| TOTAL | | | | | | | -10.69 | 10.69 |
| | Check | 88 | 05/07/2010 | McDonald's | | Cash On Hand | | -5.43 |
| | | | | | | 64300  Meals and Entertainment | -5.43 | 5.43 |
| TOTAL | | | | | | | -5.43 | 5.43 |
| | Check | 89 | 05/10/2010 | Costco Wholesale | | Cash On Hand | | -1.78 |
| | | | | | | 64900  Office Supplies | -1.78 | 1.78 |
| TOTAL | | | | | | | -1.78 | 1.78 |
| | Check | 90 | 05/10/2010 | Petro Gas Station | | Cash On Hand | | -71.00 |
| | | | | | | 68300  Fuel | -71.00 | 71.00 |
| TOTAL | | | | | | | -71.00 | 71.00 |
| | Check | 91 | 05/10/2010 | S and S Money Auto | | Cash On Hand | | -50.00 |
| | | | | | | 60100  Auto and Truck Expenses | -50.00 | 50.00 |
| TOTAL | | | | | | | -50.00 | 50.00 |
| | Check | 92 | 05/10/2010 | McDonald's | | Cash On Hand | | -4.30 |
| | | | | | | 64300  Meals and Entertainment | -4.30 | 4.30 |
| TOTAL | | | | | | | -4.30 | 4.30 |
| | Check | 93 | 05/10/2010 | Taco Bell | | Cash On Hand | | -8.47 |
| | | | | | | 64300  Meals and Entertainment | -8.47 | 8.47 |
| TOTAL | | | | | | | -8.47 | 8.47 |
| | Check | 94 | 05/10/2010 | Gadsden County Building Permits | | Cash On Hand | | -46.40 |
| | | | | | 01 Plans and Permits:01 2 Building Permits | 51900  Other Construction Costs | -46.40 | 46.40 |
| TOTAL | | | | | | | -46.40 | 46.40 |
| | Check | 95 | 05/12/2010 | Lee Sales | | Cash On Hand | | -19.30 |
| | | | | | | 53800  Tools and Small Equipment | -19.30 | 19.30 |
| TOTAL | | | | | | | -19.30 | 19.30 |
| | Check | 96 | 05/15/2010 | Bernard Dixion | | Cash On Hand | | -500.00 |
| | | | | | 26 Landscaping & Paving | 53600  Subcontractors Expense | -500.00 | 500.00 |
| TOTAL | | | | | | | -500.00 | 500.00 |
| | Check | 97 | 05/15/2010 | McDonald's | | Cash On Hand | | -8.54 |
| | | | | | | 64300  Meals and Entertainment | -8.54 | 8.54 |
| TOTAL | | | | | | | -8.54 | 8.54 |
| | Check | 98 | 05/29/2010 | Applebee's | | Cash On Hand | | -13.39 |
| | | | | | | 64300  Meals and Entertainment | -13.39 | 13.39 |
| TOTAL | | | | | | | -13.39 | 13.39 |
| | Check | Dm0438 | 05/03/2010 | Tire Kingdom, Inc | | Wachovia-COGI | | -50.00 |
| | | | | | | 67200  Repairs and Maintenance | -50.00 | 50.00 |
| TOTAL | | | | | | | -50.00 | 50.00 |
| | Check | Dm0439 | 05/11/2010 | Sierra Gas Mart | | Wachovia-COGI | | -71.00 |
| | | | | | | 68300  Fuel | -71.00 | 71.00 |
| TOTAL | | | | | | | -71.00 | 71.00 |
| | Check | Dm0440 | 05/13/2010 | China First Buffet | | Wachovia-COGI | | -8.00 |
| | | | | | | 64300  Meals and Entertainment | -8.00 | 8.00 |
| TOTAL | | | | | | | -8.00 | 8.00 |
| | Check | Dm0441 | 05/13/2010 | Wachovia Bank | | Wachovia-COGI | | -10.00 |
| | | | | | | 60400  Bank Service Charges | -10.00 | 10.00 |

EXHIBIT C

Genesis Engineering & Construction Company

**Check Detail**

May 2010

| | Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|---|
| TOTAL | | | | | | | -10.00 | 10.00 |
| | Check | Dm0442 | 05/14/2010 | Shell Gas | | Wachovia-COGI | | -20.01 |
| | | | | | | 68300   Fuel | -20.01 | 20.01 |
| TOTAL | | | | | | | -20.01 | 20.01 |
| | Check | Dm0443 | 05/14/2010 | Shell Gas | | Wachovia-COGI | | -23.23 |
| | | | | | | 68300   Fuel | -23.23 | 23.23 |
| TOTAL | | | | | | | -23.23 | 23.23 |
| | Check | Dm0444 | 05/17/2010 | Shell Gas | | Wachovia-COGI | | -6.84 |
| | | | | | | 68300   Fuel | -6.84 | 6.84 |
| TOTAL | | | | | | | -6.84 | 6.84 |
| | Check | Dm0445 | 05/17/2010 | Cornerstone Tool & Supplies | | Wachovia-COGI | | -10.83 |
| | | | | | Building Materials | 50400   Construction Materials Costs | -10.83 | 10.83 |
| TOTAL | | | | | | | -10.83 | 10.83 |
| | Check | Dm0446 | 05/17/2010 | Cornerstone Tool & Supplies | | Wachovia-COGI | | -13.44 |
| | | | | | Building Materials | 50400   Construction Materials Costs | -13.44 | 13.44 |
| TOTAL | | | | | | | -13.44 | 13.44 |
| | Check | Dm0447 | 05/15/2010 | Home Depot | | Wachovia-COGI | | -27.97 |
| | | | | | Building Materials | 50400   Construction Materials Costs | -27.97 | 27.97 |
| TOTAL | | | | | | | -27.97 | 27.97 |
| | Check | Dm0448 | 05/15/2010 | RSC | | Wachovia-COGI | | -30.00 |
| | | | | | | 50800   Equipment Rental for Jobs | -30.00 | 30.00 |
| TOTAL | | | | | | | -30.00 | 30.00 |
| | Check | Dm0449 | 05/17/2010 | Chevron Gas | | Wachovia-COGI | | -60.00 |
| | | | | | | 68300   Fuel | -60.00 | 60.00 |
| TOTAL | | | | | | | -60.00 | 60.00 |
| | Check | Dm0450 | 05/15/2010 | Walmart | | Wachovia-COGI | | -105.38 |
| | | | | | Building Materials | 50400   Construction Materials Costs | -105.38 | 105.38 |
| TOTAL | | | | | | | -105.38 | 105.38 |
| | Check | Dm0451 | 05/17/2010 | Walmart | | Wachovia-COGI | | -105.38 |
| | | | | | Building Materials | 50400   Construction Materials Costs | -105.38 | 105.38 |
| TOTAL | | | | | | | -105.38 | 105.38 |
| | Check | Dm0452 | 05/17/2010 | Walmart | | Wachovia-COGI | | -117.74 |
| | | | | | Building Materials | 50400   Construction Materials Costs | -117.74 | 117.74 |
| TOTAL | | | | | | | -117.74 | 117.74 |
| | Check | Dm0454 | 05/17/2010 | Johstone Supply | | Wachovia-COGI | | -186.55 |
| | | | | | Building Materials | 50400   Construction Materials Costs | -186.55 | 186.55 |
| TOTAL | | | | | | | -186.55 | 186.55 |
| | Check | Dm0455 | 05/20/2010 | Baker Distribution | | Wachovia-COGI | | -97.23 |
| | | | | | Building Materials | 50400   Construction Materials Costs | -97.23 | 97.23 |
| TOTAL | | | | | | | -97.23 | 97.23 |
| | Check | Dm0456 | 05/18/2010 | Shell Gas | | Wachovia-COGI | | -70.94 |
| | | | | | | 68300   ·Fuel | -70.94 | 70.94 |
| TOTAL | | | | | | | -70.94 | 70.94 |
| | Check | Dm0457 | 05/20/2010 | Peach Mart | | Wachovia-COGI | | -3.63 |
| | | | | | | 64300   Meals and Entertainment | -3.63 | 3.63 |
| TOTAL | | | | | | | -3.63 | 3.63 |
| | Check | Dm0458 | 05/19/2010 | Chandlers Drive-In | | Wachovia-COGI | | -8.54 |

EXHIBIT C

Genesis Engineering & Construction Corp 2010
**Check Detail**
May 2010

| | Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 64300  Meals and Entertainment | -8.54 | 8.54 |
| TOTAL | | | | | | | -8.54 | 8.54 |
| | Check | Dm0459 | 05/20/2010 | KFC | | Wachovia-COGI | | -8.65 |
| | | | | | | 64300  Meals and Entertainment | -8.65 | 8.65 |
| TOTAL | | | | | | | -8.65 | 8.65 |
| | Check | Dm0460 | 05/20/2010 | Tallahassee Winair | | Wachovia-COGI | | -39.30 |
| | | | | | Building Materials | 50400  Construction Materials Costs | -39.30 | 39.30 |
| TOTAL | | | | | | | -39.30 | 39.30 |
| | Check | Dm0461 | 05/19/2010 | Peach Mart | | Wachovia-COGI | | -56.01 |
| | | | | | | 68300  Fuel | -56.01 | 56.01 |
| TOTAL | | | | | | | -56.01 | 56.01 |
| | Check | Dm0463 | 05/23/2010 | Petro Gas Station | | Wachovia-COGI | | -14.37 |
| | | | | | | 68300  Fuel | -14.37 | 14.37 |
| TOTAL | | | | | | | -14.37 | 14.37 |
| | Check | Dm0464 | 05/20/2010 | Graybar Electric | | Wachovia-COGI | | -45.96 |
| | | | | | Building Materials | 50400  Construction Materials Costs | -45.96 | 45.96 |
| TOTAL | | | | | | | -45.96 | 45.96 |
| | Check | Dm0465 | 05/21/2010 | Tallahassee Winair | | Wachovia-COGI | | -25.06 |
| | | | | | Building Materials | 50400  Construction Materials Costs | -25.06 | 25.06 |
| TOTAL | | | | | | | -25.06 | 25.06 |
| | Check | Dm0466 | 05/22/2010 | Lowe's | | Wachovia-COGI | | -51.73 |
| | | | | | Building Materials | 50400  Construction Materials Costs | -51.73 | 51.73 |
| TOTAL | | | | | | | -51.73 | 51.73 |
| | Check | Dm0467 | 05/24/2010 | CVS | | Wachovia-COGI | | -19.79 |
| | | | | | | 64900  Office Supplies | -19.79 | 19.79 |
| TOTAL | | | | | | | -19.79 | 19.79 |
| | Check | Dm0468 | 05/24/2010 | Pan Food Stores | | Wachovia-COGI | | -65.00 |
| | | | | | | 68300  Fuel | -65.00 | 65.00 |
| TOTAL | | | | | | | -65.00 | 65.00 |
| | Check | Dm0469 | 05/26/2010 | MyFlorida County Co. | | Wachovia-COGI | | -5.18 |
| | | | | | | 68200  Dues & Subscription | -5.18 | 5.18 |
| TOTAL | | | | | | | -5.18 | 5.18 |
| | Check | Dm0470 | 05/26/2010 | BP Gas | | Wachovia-COGI | | -31.00 |
| | | | | | | 68300  · Fuel | -31.00 | 31.00 |
| TOTAL | | | | | | | -31.00 | 31.00 |
| | Check | Dm0471 | 05/26/2010 | Sierra Gas Mart | | Wachovia-COGI | | -75.00 |
| | | | | | | 68300  Fuel | -75.00 | 75.00 |
| TOTAL | | | | | | | -75.00 | 75.00 |
| | Check | Dm0472 | 05/27/2010 | Shell Gas | | Wachovia-COGI | | -35.04 |
| | | | | | | 68300  Fuel | -35.04 | 35.04 |
| TOTAL | | | | | | | -35.04 | 35.04 |
| | Check | Dm0473 | 05/27/2010 | Tire Kingdom, Inc | | Wachovia-COGI | | -52.68 |
| | | | | | | 67200  Repairs and Maintenance | -52.68 | 52.68 |
| TOTAL | | | | | | | -52.68 | 52.68 |
| | Check | Dm0513 | 05/13/2010 | Gmac Payment Processing Center | | Wachovia-Operating | | -655.00 |
| | | | | | | General Motors | -655.00 | 655.00 |
| TOTAL | | | | | | | -655.00 | 655.00 |

EXHIBIT C

| | Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|---|
| | Check | Dm0514 | 05/13/2010 | Premium Assignment Insurance | | Wachovia-Operating | | -920.22 |
| | | | | | | 63310  General Liability Insurance | -920.22 | 920.22 |
| TOTAL | | | | | | | -920.22 | 920.22 |
| | Check | Dm0515 | 05/14/2010 | Progressive Insurance | | Wachovia-Operating | | -622.36 |
| | | | | | | 63300  Insurance Expense | -622.36 | 622.36 |
| TOTAL | | | | | | | -622.36 | 622.36 |
| | Check | 3509 | 05/14/2010 | Edward Freeman | | Wachovia-Payroll | | -1,000.00 |
| | | | | | | 66000  Payroll Expenses | -1,000.00 | 1,000.00 |
| TOTAL | | | | | | | -1,000.00 | 1,000.00 |
| | Check | 3510 | 05/20/2010 | Edward Freeman | | Wachovia-Payroll | | -5,550.00 |
| | | | | | | 68800  Contributions | -5,550.00 | 5,550.00 |
| TOTAL | | | | | | | -5,550.00 | 5,550.00 |
| | Check | 3514 | 05/13/2010 | U.S. Trustee | | Wachovia-Operating | | -325.00 |
| | | | | | | 68800  Taxes Other | -325.00 | 325.00 |
| TOTAL | | | | | | | -325.00 | 325.00 |
| | Check | 3537 | 05/06/2010 | T. Bird & Leinback | | Wachovia-COGI | | -350.00 |
| | | | | | | 61000  Business Licenses and Permits | -350.00 | 350.00 |
| TOTAL | | | | | | | -350.00 | 350.00 |
| | Check | 3538 | 05/06/2010 | Clerk of Courts Leon | | Wachovia-COGI | | -65.40 |
| | | | | | | 61000  Business Licenses and Permits | -65.40 | 65.40 |
| TOTAL | | | | | | | -65.40 | 65.40 |
| | Bill Pmt -Check | 3540 | 05/06/2010 | Capital City Lumber | | Wachovia-COGI | | -9,098.20 |
| | Bill | Inv 0514 | 05/06/2010 | | Building Materials | 50400  Construction Materials Costs | -9,098.20 | 9,098.20 |
| TOTAL | | | | | | | -9,098.20 | 9,098.20 |
| | Check | 3541 | 05/14/2010 | Adrinar Makki | | Wachovia-COGI | | -1,000.00 |
| | | | | | | Administration | -1,000.00 | 1,000.00 |
| TOTAL | | | | | | | -1,000.00 | 1,000.00 |
| | Bill Pmt -Check | 3542 | 05/18/2010 | Metal Concepts | | Wachovia-COGI | | -13,000.00 |
| | Bill | Final Inv | 04/01/2010 | St. John Church of God In Christ | 32 Erection Steel Building | 50400  Construction Materials Costs | -13,000.00 | 13,000.00 |
| TOTAL | | | | | | | -13,000.00 | 13,000.00 |
| | Check | 3544 | 05/05/2010 | Adrinar Makki | | Wachovia-COGI | | -2,100.00 |
| | | | | St. John Church of God In Christ | | Administration | -2,100.00 | 2,100.00 |
| TOTAL | | | | | | | -2,100.00 | 2,100.00 |
| | Bill Pmt -Check | 3545 | 05/17/2010 | K & J Nursery | | Wachovia-COGI | | -3,325.00 |
| | Bill | Inv 1231-09 | 12/31/2009 | | 26 Landscaping & Paving | 53600  Subcontractors Expense | -1,898.00 | 1,898.00 |
| | Bill | Final Inv | 05/01/2010 | | 26 Landscaping & Paving | 53600  Subcontractors Expense | -1,427.00 | 1,427.00 |
| TOTAL | | | | | | | -3,325.00 | 3,325.00 |
| | Check | 3546 | 05/28/2010 | Charlie Salem | | Wachovia-COGI | | -1,200.00 |
| | | | | New Coveant Church | Subcontractor | 53600  Subcontractors Expense | -1,200.00 | 1,200.00 |
| TOTAL | | | | | | | -1,200.00 | 1,200.00 |
| | Check | 3549 | 05/28/2010 | Gerald Wright | | Wachovia-COGI | | -810.00 |
| | | | | New Coveant Church | Subcontractor | 53600  Subcontractors Expense | -810.00 | 810.00 |
| TOTAL | | | | | | | -810.00 | 810.00 |
| | Check | 3550 | 05/28/2010 | Samuel Edouard | | Wachovia-COGI | | -80.00 |
| | | | | St. John Church of God In Christ | Subcontractor | 53600  Subcontractors Expense | -80.00 | 80.00 |
| TOTAL | | | | | | | -80.00 | 80.00 |
| | Bill Pmt -Check | 3551 | 05/28/2010 | Seminole Blueprint | | Wachovia-COGI | | -615.33 |

EXHIBIT C

Genesis Engineering & Construction Corp 2010
**Check Detail**
May 2010

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Bill | Inv 0430-1 | 04/30/2010 | St  John Church of God In Christ | | 50100  Blueprints and Reproduction | -615.33 | 615.33 |
| TOTAL | | | | | | -615.33 | 615.33 |
| | | | | | | | |
| Bill Pmt -Check | 3552 | 05/28/2010 | Eli Roberts & Sons  Inc | | **Wachovia-COGI** | | **-740.98** |
| Bill | Inv 1231-09 | 12/31/2009 | | | 60100  Auto and Truck Expenses | -488.85 | 488.85 |
| Bill | Inv 0430-3 | 04/30/2010 | | | 60100  Auto and Truck Expenses | -252.13 | 252.13 |
| TOTAL | | | | | | -740.98 | 740.98 |
| | | | | | | | |
| Check | 3554 | 05/28/2010 | K & J Nursery | | **Wachovia-COGI** | | **-2,500.00** |
| | | | St  John Church of God In Christ | 28 Landscaping & Paving | 53600  Subcontractors Expense | -2,500.00 | 2,500.00 |
| TOTAL | | | | | | -2,500.00 | 2,500.00 |

| | |
|---|---|
| Total | 46,248 27 |

**P&L Detail Reconcilation (Exhibit B)**

| | |
|---|---|
| COGS | 35,645 24 |
| Expenses | 10,554 18 |
| Bank Charge Exp Credit | |
| | 46,199.42 |
| Difference | 48 85 |

**Difference included in Balance Sheet**

| | |
|---|---|
| Owners Contributions | |
| Cash on Hand | -606 15 |
| General Motors | 655.00 |
| Difference | 48 85 |
| | |
| Total Difference | 0 00 |

EXHIBIT C

# Genesis Engineering & Constructors Corp 2010
## A/P Aging Summary
### As of May 31, 2010

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Allied Doors, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 3,250.00 | 3,250.00 |
| Alltell Telephone Co. | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 50.00 |
| Amos Ross Painting, LLC | 0.00 | 0.00 | 0.00 | 0.00 | -481.39 | -481.39 |
| Capital City Design Center Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 19,221.37 | 19,221.37 |
| Chip Huggins Enterprises, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 2,100.00 | 2,100.00 |
| DEC Engineering, Inc. | 0.00 | 0.00 | -0.01 | 0.00 | 0.00 | -0.01 |
| Eagle Equipment and Scaffolding, INc. | 0.00 | 0.00 | 0.00 | 0.00 | 547.15 | 547.15 |
| Elite Structures | 0.00 | 0.00 | 0.00 | 0.00 | 69,424.10 | 69,424.10 |
| Federal Express | 0.00 | 0.00 | 0.00 | 0.00 | 64.42 | 64.42 |
| Florida Pest Control | 0.00 | 0.00 | 0.00 | 0.00 | 1,439.42 | 1,439.42 |
| Folson Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 5,427.13 | 5,427.13 |
| Forever Ready Drywall | 0.00 | 0.00 | 0.00 | 0.00 | -878.15 | -878.15 |
| Grainger Division of WW Granger | 0.00 | 0.00 | 0.00 | 0.00 | 385.66 | 385.66 |
| Hartley Metal Building Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 1,340.00 | 1,340.00 |
| Howdy's Rent-A-Toilet | 0.00 | 0.00 | 0.00 | 0.00 | 166.69 | 166.69 |
| Just Rite Supply, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 9,756.63 | 9,756.63 |
| Kelly Brothers Sheet Metal | 0.00 | 0.00 | 0.00 | 0.00 | 1,899.18 | 1,899.18 |
| Michael J. Livingston NCARB, Architect | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 10,000.00 |
| Mobile Attic Tallahassee | 0.00 | 0.00 | 0.00 | 0.00 | 123.86 | 123.86 |
| Mooney Container Service | 0.00 | 0.00 | 0.00 | 0.00 | 1,988.80 | 1,988.80 |
| Neff Rental | 0.00 | 0.00 | 0.00 | 0.00 | -1,537.97 | -1,537.97 |
| Nextel Telephone Services | 0.00 | 0.00 | 0.00 | 0.00 | 2,255.65 | 2,255.65 |
| Ox Lake Tree Farm | 0.00 | 0.00 | 0.00 | 0.00 | 1,920.75 | 1,920.75 |
| Paul Pest Control, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 560.00 | 560.00 |
| RCARVA Electric, LLC, or Edward Bolden | 0.00 | 0.00 | 0.00 | 0.00 | 15,110.00 | 15,110.00 |
| Second Nature, Lawn Care & Landscaping | 0.00 | 0.00 | 0.00 | 0.00 | 160.00 | 160.00 |
| Superior Redi-Mix | 0.00 | 0.00 | 0.00 | 0.00 | 23,128.33 | 23,128.33 |
| Talquin Portable Restrooms | 0.00 | 0.00 | 0.00 | 0.00 | 194.63 | 194.63 |
| Triple T. Drywall | 0.00 | 0.00 | 0.00 | 0.00 | 1,800.00 | 1,800.00 |
| U-Haul | 0.00 | 0.00 | 0.00 | 0.00 | 355.99 | 355.99 |
| Westport Properties/Fort Knox | 0.00 | 0.00 | 0.00 | 0.00 | 428.02 | 428.02 |
| Whiddon Glass Co. | 0.00 | 0.00 | 0.00 | 0.00 | 2,492.00 | 2,492.00 |
| TOTAL | 0.00 | 0.00 | -0.01 | 0.00 | 172,692.27 | 172,692.26 |

# Genesis Engineering & Constructors Corp 2010
## A/R Aging Summary
### As of May 31, 2010

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 901 Groveland Hills Drive | 0.00 | 0.00 | 0.00 | 0.00 | 18,878.50 | 18,878.50 |
| Johnson, Anthony 185 | 0.00 | 0.00 | 0.00 | 0.00 | 5,638.68 | 5,638.68 |
| Johnson, Anthony 205 | 0.00 | 8,476.00 | 0.00 | 0.00 | 0.00 | 8,476.00 |
| Mother's Crisis | 0.00 | 0.00 | 0.00 | 0.00 | 11,400.00 | 11,400.00 |
| The Holy Word Outreach Center Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 7,019.93 | 7,019.93 |
| Wilcox Holdings LLC | 0.00 | 0.00 | 0.00 | 0.00 | 20,838.00 | 20,838.00 |
| TOTAL | 0.00 | 8,476.00 | 0.00 | 0.00 | 63,775.11 | 72,251.11 |



# Free Business Checking

**WACHOVIA**    01    2000041019236   031   130    0   33

**Electronic Delivery**

GENESIS ENGINEERING & CONSTRUCTORS
TAX ACCOUNT
CASE 10-40008-LMK
PO BOX 15587
TALLAHASSEE FL 323183946                    CB

# Free Business Checking                                    5/01/2010 thru 5/28/2010

Account number:        2000041019236
Account owner(s):      GENESIS ENGINEERING & CONSTRUCTORS
                       TAX ACCOUNT
                       CASE 10-40008-LMK

## Account Summary

| | |
|---|---|
| Opening balance 5/01 | $1,820.94 |
| Checks | 1,710.66 - |
| Other withdrawals and service fees | 50.00 - |
| **Closing balance 5/28** | **$60.28** |

## Checks

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 3501 | 189.00 | 5/14 | 3502 | 1,521.66 | 5/06 | **Total** | **$1,710.66** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description | |
|---|---|---|---|
| 5/03 | 50.00 | TRNSFR 2000041019249 | 05/03 |
| | | ONLINE TRNSFR CONFIRMATION # VY237877877 | |
| **Total** | **$50.00** | | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 5/03 | 1,770.94 | 5/06 | 249.28 | 5/14 | 60.28 |



# Free Business Checking

**WACHOVIA**  01     2000041019249  031  130     0   33
**Electronic Delivery**

GENESIS ENGINEERING & CONSTRUCTORS
ST JOHN COGIC CONSTRUCTION ACCNT     CB
CASE 10-40008-LM
PO BOX 15587
TALLAHASSEE FL 323183946

---

# Free Business Checking

5/01/2010 thru 5/28/2010

Account number:      2000041019249
Account owner(s):    GENESIS ENGINEERING & CONSTRUCTORS
                     ST JOHN COGIC CONSTRUCTION ACCNT
                     CASE 10-40008-LM

## Account Summary

| | |
|---|---|
| Opening balance 5/01 | $6.17 |
| Deposits and other credits | 51,113.60 |
| Checks | 30,948.60 |
| Other withdrawals and service fees | 14,682.46 |
| **Closing balance 5/28** | **$5,476.37** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 5/03 | 50.00 | TRNSFR 2000041019236        05/03 ONLINE TRNSFR CONFIRMATION # VY237877877 |
| 5/03 | 50.00 | TRNSFR 2000041020587        05/03 ONLINE TRNSFR CONFIRMATION # VY237878087 |
| 5/05 | 500.00 | COUNTER DEPOSIT |
| 5/11 | 1,300.00 | DEPOSIT  Wells Fargo Bank     05/11 E-TALLAHASSEE   TALLAHASSEE FL 3013C009826 |
| 5/13 | 80.00 | DEPOSIT  Wells Fargo Bank     05/13 E-TALLAHASSEE   TALLAHASSEE FL 3013C000182 |
| 5/14 | 300.00 | DEPOSIT  Wells Fargo Bank     05/14 THARPE-ST-FC   TALLAHASSEE FL 3013C005852 |
| 5/14 | 15,000.00 | COUNTER DEPOSIT |
| 5/19 | 9,096.20 | COUNTER DEPOSIT |
| 5/19 | 13,000.00 | DEPOSIT  Wells Fargo Bank     05/19 SOUTH-MONROE   TALLAHASSEE FL 3013C008916 |
| 5/20 | 100.40 | REFUND    ANC*Ancestry.com    05/18 4828802770993   800-2623787 UT 30132742759 |
| 5/20 | 600.00 | TRNSFR 2000041020584        05/20 ONLINE TRNSFR CONFIRMATION # VY241739026 |
| 5/25 | 11,000.00 | COUNTER DEPOSIT |
| **Total** | **51,113.60** | |

![Wachovia logo]

# Free Business Checking

**WACHOVIA**    02    2000041019249  031  130    0   33

## Checks

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|--------|--------|-------------|--------|--------|-------------|--------|--------|-------------|
| 3537 | 350.00 | 5/12 | 3542 | 13,000.00 | 5/12 | 3549* | 810.00 | 5/28 |
| 3538 | 85.40 | 5/08 | 3544 | 2,100.00 | 5/20 | **Total** | **$30,948.60** | |
| | 9,066.20 | | | 3,325.00 | 5/25 | | | |
| | 0.00 | 5/11 | 3546 | 1,200.00 | 5/25 | | | |

*\* Indicates a break in check number sequence*

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 5/03 | 50.00 | PURCHASE  TIRE KINGDOM #250   04/30<br>4828802770993   TALLAHASSEE FL 3013V205591 |
| 5/10 | 0.00 | INQUIRY  E-TALLAHASSEE   3013-009374 |
| 5/10 | 300.00 | WITHDRAWAL  Wells Fargo Bank   05/08<br>E-TALLAHASSEE   TALLAHASSEE FL 3013S009375 |
| 5/11 | 71.00 | PURCHASE  SIERRA GAS MART   05/10<br>4828802770993   TALLAHASSEE FL 3013V261030 |
| 5/13 | 0.00 | INQUIRY  E-TALLAHASSEE   3013-000183 |
| 5/13 | 80.00 | WITHDRAWAL  Wells Fargo Bank   05/13<br>E-TALLAHASSEE   TALLAHASSEE FL 3013S000184 |
| 5/14 | 8.00 | PURCHASE  CHINA FIRST   05/13<br>4828802770993   TALLAHASSEE FL 3013V251000 |
| 5/14 | 10.00 | COMMERCIAL SERVICE CHARGES FOR APRIL 2010 |
| 5/14 | 20.01 | PURCHASE  SHELL Service Station  05/13<br>TALLAHASSEE FL 3013I383799 |
| 5/14 | 23.23 | PURCHASE  SHELL Service Station  05/13<br>TALLAHASSEE FL 3013I153911 |
| 5/14 | 325.00 | TRNSFR 2000041020584   05/14<br>ONLINE TRNSFR CONFIRMATION # VY240526604 |
| 5/14 | 500.00 | WITHDRAWAL  Wells Fargo Bank   05/14<br>E-TALLAHASSEE   TALLAHASSEE FL 3013S000332 |
| 5/14 | 650.00 | TRNSFR 2000041020584   05/14<br>ONLINE TRNSFR CONFIRMATION # VY240523210 |
| 5/14 | 2,500.58 | TRNSFR 2000041020584   05/14<br>ONLINE TRNSFR CONFIRMATION # VY240505100 |
| 5/17 | 0.00 | INQUIRY  E-TALLAHASSEE   3013-000708 |
| 5/17 | 8.54 | PURCHASE  SHELL Service Station  05/16<br>TALLAHASSEE FL 3013I377255 |
| 5/17 | 10.83 | PURCHASE  CORNERSTONE TOOL &   05/15<br>4828802770993   TALLAHASSEE FL 3013V213801 |
| 5/17 | 13.44 | PURCHASE  CORNERSTONE TOOL &   05/15<br>4828802770993   TALLAHASSEE FL 3013V293801 |
| 5/17 | 20.00 | WITHDRAWAL  Wells Fargo Bank   05/16<br>E-TALLAHASSEE   TALLAHASSEE FL 3013S000709 |
| 5/17 | 27.97 | PURCHASE  THE HOME DEPOT 254   05/15<br>TALLLAHASSEE FL 3013I800756 |

*Other Withdrawals and Service Fees continued on next page.*



# Free Business Checking

**WACHOVIA**  03  2000041019249  031  130  0  33

---

## Other Withdrawals and Service Fees  *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 5/17 | 30.00 | PURCHASE    RSC EQUIPMENT RENT    05/13 ✓<br>4828802770993    4809053300 FL 3013V292008 |
| 5/17 | 50.00 | PURCHASE    CHEVRON/KANGAROO EXPRES 05/15 ✓<br>TALLAHASSEE FL 3013I047510 |
| 5/17 | 105.38 | PURCHASE    WAL-MART #1408    05/14 ✓<br>TALLAHASSEE FL 3013I697244 |
| 5/17 | 105.39 | PURCHASE    WAL-MART #1408    05/14 ✓<br>TALLAHASSEE FL 3013I754458 |
| 5/17 | 117.74 | PURCHASE    WAL-MART #1408    05/14 ✓<br>TALLAHASSEE FL 3013I153863 |
| 5/17 | | PURCHASE    ANC*Ancestry.com    05/16 ✓<br>4828802770993    800-2623787 UT 3013Z252602 |
| 5/17 | 186.55 | PURCHASE    JOHNSTONE SUPPLY 1    05/15 ✓<br>4828802770993    TALLAHASSEE FL 3013V226413 |
| 5/17 | 200.00 | WITHDRAWAL  Wells Fargo Bank    05/15<br>SOUTH-MONROE    TALLAHASSEE FL 3013S007313 |
| 5/17 | 300.00 | WITHDRAWAL  Wells Fargo Bank    05/15<br>SOUTH-MONROE    TALLAHASSEE FL 3013S007541 |
| 5/17 | 500.00 | COUNTER WITHDRAWAL ✓ |
| 5/18 | 20.00 | WITHDRAWAL  Wells Fargo Bank    05/18 ✓<br>MADISON-FC    MADISON    FL 3013S009921 |
| 5/19 | 0.00 | INQUIRY    SOUTH-MONROE    3013-008917 |
| 5/19 | 97.23 | PURCHASE    BAKER DIST CO 305    05/18 ✓<br>4828802770993    TALLAHASSEE FL 3013V291213 |
| 5/19 | | WITHDRAWAL  Wells Fargo Bank    05/19<br>SOUTH-MONROE    TALLAHASSEE FL 3013S006918 |
| 5/20 | 70.94 | PURCHASE    SHELL OIL 57528537    05/18 ✓<br>4828802770993    LLOYD    FL 3013V275486 |
| 5/20 | 500.00 | WITHDRAWAL  Wells Fargo Bank    05/20 ✓<br>SOUTH-MONROE    TALLAHASSEE FL 3013S009192 |
| 5/20 | | TRANSFER 041020584    05/20<br>ONLINE TRNSFR CONFIRMATION # VY241668802 |
| 5/21 | 3.85 | PURCHASE    PEACH MART    05/19 ✓<br>4828802770993    BARNEY    GA 3013V291000 |
| 5/21 | 9.54 | PURCHASE    CHANDLERS DRIVE-IN    05/19 ✓<br>4828802770993    THOMASVILLE GA 3013V280021 |
| 5/21 | 9.95 | PURCHASE    KFC 441    05/20 ✓<br>4828802770993    TALLAHASSEE FL 3013V292000 |
| 5/21 | 38.60 | PURCHASE    TALLAHASSEE WINAIR    05/20 ✓<br>4828802770993    TALLAHASSEE FL 3013V275721 |
| 5/21 | 55.94 | PURCHASE    PEACH MART    05/19 ✓<br>4828802770993    BARNEY    GA 3013V211000 |
| 5/21 | 700.00 | COUNTER WITHDRAWAL ✓ |
| 5/24 | 0.00 | INQUIRY    SOUTH-MONROE    3013-009900 |
| 5/24 | 14.37 | PURCHASE    MAHAN PETRO    05/23 ✓<br>4828802770993    TALLAHASSEE FL 3013V271020 |

*Other Withdrawals and Service Fees continued on next page.*

---

**WACHOVIA BANK , CAPITAL CIRCLE**



# Free Business Checking

**WACHOVIA**  04    2000041019249  031  130      0    33

## Other Withdrawals and Service Fees   *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 5/24 | 20.00 | WITHDRAWAL  Wells Fargo Bank    05/22  SOUTH-MONROE    TALLAHASSEE FL 3013S009901 |
| 5/24 | 25.06 | PURCHASE    TALLAHASSEE WINAIR    05/21  4828802770993    TALLAHASSEE FL 3013V205721 |
| 5/24 | 45.96 | PURCHASE    GRAYBAR ELECTRIC    05/21  4828802770993    CLAYTON    MO 3013V222790 |
| 5/24 | 51.73 | PURCHASE    LOWE'S #417    05/22  TALLAHASSEE FL 3013I962445 |
| 5/25 | 19.79 | PURCHASE    CVS 03624 03624--1208 W 05/24  Quincy    FL 3013I631422 |
| 5/25 | 65.00 | PURCHASE    PAN FOOD STORES #3    05/24  4828802770993    TALLAHASSEE FL 3013V241000 |
| 5/27 | 5.18 | PURCHASE    MYFLORIDACOUNTY.CO    05/26  4828802770993    850-577-4519 FL 3013V272001 |
| 5/27 | 31.00 | PURCHASE    QUINCY BP    05/26  4828802770993    QUINCY    FL 3013V28740 |
| 5/27 | 75.00 | PURCHASE    SIERRA GAS MART    05/26  4828802770993    TALLAHASSEE FL 3013V291030 |
| 5/28 | 35.04 | PURCHASE    SHELL Service Station  05/27  TALLAHASSEE FL 3013I777891 |
| 5/28 | 52.68 | PURCHASE    TIRE TOWN EAST    05/27  4828802770993    TALLAHASSEE FL 3013V242079 |
| **Total** | **$14,682.46** | |

## Service Fees

| Description | Quantity | Total |
|-------------|----------|-------|
| **GENERAL SERVICES** | | |
| NON-WACHOVIA WITHDRAWAL | 4 | $10.00 |
| **TOTAL FEE(S)** | | **$10.00** |

| | |
|---|---|
| Average balance | $2,723.78 |
| Minimum balance | $43 83 |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 5/03 | 43.83 | 5/13 | 1,037.43 | 5/21 | 252.18 |
| 5/05 | 543.83 | 5/14 | 11,210.61 | 5/24 | 95.06 |
| 5/06 | 478.43 | 5/17 | 272.88 | 5/25 | 6,485.27 |
| 5/10 | 178.43 | 5/18 | 252.88 | 5/27 | 6,374.09 |
| 5/11 | 1,407.43 | 5/19 | 9,153.85 | 5/28 | 5,476.37 |
| 5/12 | 1,057.43 | 5/20 | 1,068.31 | | |

**WACHOVIA BANK , CAPITAL CIRCLE**



## Free Business Checking

**WACHOVIA**

01      2000041020584   031   130           0   33
Electronic Delivery

GENESIS ENGINEERING & CONSTRUCTORS
OPERATING ACCOUNT
CASE 10-40008-LMK                           CB
PO BOX 15587
TALLAHASSEE FL 323183946

## Free Business Checking

5/01/2010 thru 5/28/2010

Account number:        2000041020584
Account owner(s):      GENESIS ENGINEERING & CONSTRUCTORS
                       OPERATING ACCOUNT
                       CASE 10-40008-LMK

### Account Summary

| | |
|---|---|
| Opening balance 5/01 | $50.00 |
| Deposits and other credits | 9,735.58 + |
| Checks | 325.00 - |
| Other withdrawals and service fees | 9,347.58 - |
| **Closing balance 5/28** | **$113.00** |

### Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 5/14 | 325.00 | TRNSFR 2000041019249        05/14<br>ONLINE TRNSFR CONFIRMATION # VY240526604 |
| 5/14 | 650.00 | TRNSFR 2000041019249        05/14<br>ONLINE TRNSFR CONFIRMATION # VY240523210 |
| 5/14 | 2,590.58 | TRNSFR 2000041019249        05/14<br>ONLINE TRNSFR CONFIRMATION # VY240505100 |
| 5/20 | 6,170.00 | TRNSFR 2000041019249        05/20<br>ONLINE TRNSFR CONFIRMATION # VY241668802 |
| **Total** | **$9,735.58** | |

### Checks

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 3514 | 325.00 | 5/18 | **Total** | **$325.00** | | | | |



## Free Business Checking

**WACHOVIA** 02     2000041020584  031  130          0   33

---

### Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 5/14 | 1,000.00 | TRNSFR 2000041020597          05/14<br>ONLINE TRNSFR CONFIRMATION # VY240505205 |
| 5/17 | 15.00 | AUTOMATED DEBIT  AUTO PAYMENT     JPMC FEE<br>CO. ID. 9304942995 100517 CCD<br>MISC PAYC01014206504 |
| 5/17 | 640.00 | AUTOMATED DEBIT  AUTO PAYMENT     GMAC<br>CO. ID. 2380572512 100517 CCD<br>MISC PAYC01014206503 |
| 5/17 | 920.22 | AUTOMATED DEBIT  PREMIUM ASSIGNME INSUR.PMT.<br>CO. ID. 1590994720 100517 PPD<br>MISC WEB INS PMT |
| 5/18 | 622.36 | AUTOMATED DEBIT  PROG EXPRESS     INS PREM<br>CO. ID. 9038800871 100518 TEL<br>MISC POL #04307721 |
| 5/20 | 600.00 | TRNSFR 2000041019249          05/20<br>ONLINE TRNSFR CONFIRMATION # VY241739026 |
| 5/20 | 5,550.00 | TRNSFR 2000041020597          05/20<br>ONLINE TRNSFR CONFIRMATION # VY241669220 |
| **Total** | **$9,347.58** | |

---

### Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 5/14 | 2,615.58 | 5/18 | 93.00 | | |
| 5/17 | 1,040.36 | 5/20 | 113.00 | | |

---

**WACHOVIA BANK , CAPITAL CIRCLE**



# Free Business Checking

**WACHOVIA** 01 2000041020597 031 130 0 33
Electronic Delivery

GENESIS ENGINEERING & CONSTRUCTORS
PAYROLL ACCOUNT
CASE 10-40008-LMK            CB
PO BOX 15587
TALLAHASSEE FL 323183946

---

# Free Business Checking

5/01/2010 thru 5/28/2010

Account number:       2000041020597
Account owner(s):     GENESIS ENGINEERING & CONSTRUCTORS
                      PAYROLL ACCOUNT
                      CASE 10-40008-LMK

## Account Summary

| | |
|---|---|
| Opening balance 5/01 | $81.44 |
| Deposits and other credits | 15,481.50 + |
| Checks | 6,550.00 - |
| Other withdrawals and service fees | 50.00 - |
| Closing balance 5/28 | $8,962.94 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 5/14 | 1,000.00 | TRNSFR 2000041020584        05/14 ONLINE TRNSFR CONFIRMATION # VY240505205 |
| 5/20 | 5,550.00 | TRNSFR 2000041020584        05/20 ONLINE TRNSFR CONFIRMATION # VY241669220 |
| 5/28 | 8,931.50 | COUNTER DEPOSIT |
| Total | $15,481.50 | |

## Checks

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 3509 | 1,000.00 | 5/14 | 3610 | 5,550.00 | 5/20 | Total | $6,550.00 | |

2010

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 5/03 | 50.00 | TRNSFR 2000041019249        05/03 ONLINE TRNSFR CONFIRMATION # VY237878087 |
| Total | $50.00 | |

---

**WACHOVIA BANK , CAPITAL CIRCLE**

page 1 of 3



# Free Business Checking

**WACHOVIA** 02    2000041020597   031   130        0    33

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 5/03  | 31.44  | 5/20  | 31.44  |       |        |
| 5/14  | 31.44  | 5/28  | 8,962.94 |     |        |