UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

GENESIS ENGINEERING AND	CASE No. 10-40008-LMK
CONSTRUCTORS CORP.,

                                    CHAPTER 11

Debtor(s).

_____/

MOTION BY UNITED STATES TRUSTEE
FOR RECONSIDERATION OF ENTRY OF
**FINAL DECREE**

    COMES DONALD F. WALTON, United States Trustee for Region 21, and moves for the reconsideration of the Order on Motion to Dismiss entered in this case, and states:

**RELEVANT FACTS**

    1. The United States Trustee filed a Motion to Dismiss or Convert (docket no. 61) in this chapter 11 case on June 4, 2010. This motion came on for hearing on June 29, 2010, and the Court ruled that the case would be dismissed subject to payment of quarterly fees to the United States Trustee and the filing of monthly financial reports.

    2. On July 28, 2010 the Court entered the Order on Motion to Dismiss (docket no. 79).

3. The Debtor failed to pay quarterly fees to the United States Trustee for the second quarter of 2010 and has failed or refused to provide information to the United States Trustee regarding disbursements for the third quarter of 2010, so it is not possible to determine the amount of fees owed for the third quarter of 2010 through the date of the dismissal of this case.

3. As of the date of this motion, quarterly fees for the second quarter of 2010 in the amount of $975.00 remain unpaid, and interest is owed on the fees untimely paid for the first quarter of 2010 in the amount of $3.01, for a total of $978.01 for the first and second quarters of 2010. The amount of fees owed for the third quarter of 2010 is unknown in the absence of disbursement information from the Debtor.

4. The United States Trustee attempted to resolve this matter with counsel for the Debtor in an unsuccessful attempt to obtain payment of the quarterly fees and the disbursement information prior to the filing of this motion.

## ARGUMENT AND MEMORANDUM OF LAW

1. Federal Rule of Bankruptcy Procedure 9023 and Federal Rule of Civil Procedure 59 provide for a "new trial" on any issue and provide that:

> On a motion for a new trial in an action tried without a jury, the court may open the judgment if one has been entered, take additional testimony, amend findings of fact and conclusions of law or make new findings and conclusions, and direct the entry of a new judgment.

2. 28 U.S.C. §1930(a)(6) provides in part that:

> In addition to the filing fee paid to the clerk, a quarterly fee

shall be paid to the United States trustee, for deposit in the Treasury, in each case under chapter 11 of title 11 for each quarter (including any fraction thereof) until the case is converted or dismissed, whichever occurs first.

3. In this case the Debtor had the benefit of chapter 11, and obtained a dismissal order despite not complying with the direction of the Court at the hearing on June 29, 2010.

4. The United States Trustee requests the Court grant its motion for reconsideration so that the position of the United States Trustee with regard to the entry of the dismissal order may be considered by the Court. Further, the dismissal order should not have been entered absent payment of quarterly fees to the United States Trustee.

WHEREFORE, the United States Trustee moves for the entry of an order reopening this case, and for such other relief as may be reasonable and necessary, including the conversion of this case to chapter 7 instead of dismissal.

Dated: August 6, 2010

        Donald F. Walton
        United States Trustee
        Region 21

        /s/ CHARLES F. EDWARDS
        Charles F. Edwards
        Assistant United States Trustee
        110 East Park Avenue, Suite 128
        Tallahassee, FL 32301
        850-521-5050
        FAX: 850-521-5055
        Florida Bar No: 270032
        charles.edwards@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this Motion and all attachments, if any, was furnished by first class U.S. Mail to the attorney for the Debtor, Thomas B. Woodward, Esq., P.O. Box 10058, Tallahassee, FL 32302, and the Debtor, Genesis Engineering and Constructors Corp., 1637 Metropolitan Blvd., A-2, Tallahassee, FL 32308, on this the 6th day of August, 2010.

      /s/ CHARLES F. EDWARDS
      Charles F. Edwards